IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>**1) VICENTE DELVOY LINARES**<br>Defendants | CRIMINAL 07-0049CCC |

# O R D E R

Having considered the Report and Recommendation filed on May 2, 2007 **(docket entry 19)** on a Rule 11 proceeding of defendant Vicente Delvoy-Linares held before Magistrate Judge Camille L. Vélez-Rivé on May 1, 2007, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant Vicente Delvoy-Linares is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contain all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of an abbreviated Presentence Investigation Report since May 1, 2007. The **sentencing hearing is set for June 5, 2007 at 4:30 p.m.**

SO ORDERED.

At San Juan, Puerto Rico, on May 30, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge